IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



UNITED STATES OF AMERICA

v.                                          CRIMINAL NO. 1:24cr118 TBM-RPM

VICTOR RAMIRO SOLIS-VILLARREAL            8 U.S.C. § 1326(a) and (b)(1)
a/k/a Victor Ramiro Solis
a/k/a Victor Ramiro Soliz
a/k/a Solis Ramiro
a/k/a Victor Solis
a/k/a Victor Villerreal
a/k/a Victor Villereal
a/k/a Jose B. Solis
a/k/a Ramiro Gonzalez
a/k/a Ramiro Gonzales
a/k/a Malehor Barrera-Hernandez
a/k/a Malehor Barrera
a/k/a Malehor Hernandez


**The Grand Jury charges:**

That on or about September 18, 2024, in in Jackson County, in the Southern Division of

the Southern District of Mississippi, and elsewhere, the defendant, **VICTOR RAMIRO SOLIS-**

**VILLARREAL, a/k/a Victor Ramiro Solis, a/k/a Victor Ramiro Soliz, a/k/a Solis Ramiro,**

**a/k/a U Ramiro, a/k/a Victor Solis, a/k/a Victor Villerreal, a/k/a Victor Villereal, a/k/a Jose**

**B. Solis, a/k/a Ramiro Gonzalez, a/k/a Ramiro Gonzales, a/k/a Malehor Barrera-**

**Hernandez, a/k/a Malehor Barrera,a/k/a Malehor Hernandez,** an alien to the United States,

who previously had been lawfully deported or removed from the United States, was found in the

United States having knowingly and unlawfully reentered without having received the consent of

the Attorney General of the United States or of the Secretary of the Department of Homeland

Security to apply for readmission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

for
TODD W. GEE
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand
Jury on this the ____ 25th ____ day of September 2024.

UNITED STATES MAGISTRATE JUDGE